```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JUDITH TRACKWELL,              )
                               )
              Plaintiff,       )         4:04CV3394
                               )
       v.                      )
                               )
SHELDON GOODE & COMPANY,       )         ORDER
                               )
              Defendant.       )
                               )
                               )
                               )
```

IT IS ORDERED:

1. Plaintiff's motion to file amended complaint, filing 4, is granted.

2. Plaintiff's motion for time, filing 6, is granted and plaintiff is given 60 days to obtain service of process.

3. Plaintiff's motion, filing 7, is granted and the motion to file amended complaint, filing 4, the Amended Complaint, filing 5, and the motion for time to serve process, filing 6, are deemed timely filed.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge