```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

JUDITH TRACKWELL,              )
                               )
             Plaintiff,        )        4:04CV3394
                               )
       v.                      )
                               )
SHELDON GOODE,                 )        ORDER
                               )
             Defendant.        )
                               )
```

     On May 9, 2005 Plaintiff was granted leave to file an amended complaint and given 60 days to obtain service of process. Filing 8.  Plaintiff has filed nothing further in the case.

     IT THEREFORE HEREBY IS ORDERED,

     Plaintiff is given to August 30, 2005 to show cause why this case should not be dismissed for failure to prosecute.

     DATED this 15th day of August, 2005.

                             BY THE COURT:

                             s/ *David L. Piester*
                             David L. Piester
                             United States Magistrate Judge