IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | 4:04CV3394 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| SHELDON GOODE & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 12) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

September 12, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge